# E X H I B I T

## 1

**COPY OF THE INDICTMENT FROM SUFFOLK COUNTY, NEW YORK, DATED FEBRUARY 4, 1991.**

IND. NO.: 140-91

CASE NO. 262 A.B.

GRAND JURY: Jan. January/February 1991

HAND UP: 2/4/91

COUNTY COURT
SUFFOLK COUNTY

THE PEOPLE
OF THE STATE OF NEW YORK

-against-

GERMAN MILLA a/k/a GERMAN RODRIGUEZ & OSCAR MILLA,

Defendant

INDICTMENT

JAMES M. CATTERSON, JR.

District Attorney
County of Suffolk

Criminal Courts Building
Evans K. Griffing Drive
Riverhead, New York 11901-3388
(516) 548-3500

EDWARD P. ROMAINE
CLERK OF
SUFFOLK COUNTY

67481A

```
COUNTY COURT : COUNTY OF SUFFOLK
------------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK

                - against -                    Indictment No.
                                               180-91
                                               Court
                                               Case No. 262-91 a,b


    GERMAN MILLA a/k/a GERMAN RODRIGUEZ
    and OSCAR GALINDO,

                Defendant(s).
------------------------------------------X

VF    COUNT ONE:   BURGLARY IN THE SECOND DEGREE
```

*Lisa A. Saccente*

LISA A. SACCENTE
FOREPERSON


NUNZIO PALMERI
ASSISTANT FOREPERSON
JANUARY/FEBRUARY, 1991
TERM II
GRAND JURY NUMBER 1A

*James M. Catterson, Jr.*
JAMES M. CATTERSON, JR.
DISTRICT ATTORNEY
SUFFOLK COUNTY



## COUNT ONE

THE GRAND JURY OF SUFFOLK COUNTY, by this Indictment, accuse the defendants, of the crime of BURGLARY IN THE SECOND DEGREE, committed as follows:

The defendants, each aiding the other, on or about January 2, 1991, in Suffolk County, knowingly and unlawfully entered in a dwelling located at 1455 Manatuck Boulevard, Bay Shore, with intent to commit a crime therein.

County COURT OF THE COUNTY OF SUFFOLK
STATE OF NEW YORK

SENTENCE & COMMITMENT

PRESENT: HON. _____Charles Cacciabaudo_____
Judge/Justice

DATE: __May 28, 1991__
INDICTMENT/SCI #: __262A-91__
CC #: __91-003186__
FILE #: __67481-A__
D.O.B.: _____████
CRIME DATE: __1/2/91__
COURT REPORTER: Gorelick

_____
People of the State of New York
vs

GERMAN MILLA  a/k/a German Rodriguez
_____

SPANISH INTERPRETER: MARIA HOFER, PRESENT

The above named defendant having been convicted of/adjudicated a Youthful Offender for the crime(s) of Attempted Burglary 2nd Degree in satisfaction of the Indictment.

IT IS ORDERED, that the said defendant be and is hereby sentenced to

__X__  an indeterminate term of imprisonment which shall have a minimum term of    1½    years
       and a maximum term of    4½    years.

_____  a definite term of imprisonment of         days/months/year.

_____  to Probation for a period of      years.
_____  a Conditional Discharge for a period of      years.
_____  an Unconditional Discharge.
_____  pay a fine of $         to be paid by the      day of      19    or      days
       in the County Jail.

__X__  pay a mandatory surcharge of $  152.00  to be paid by the      day of      19x
       or      days in the County Jail in Surcharge is paid x

__X__  As Clerk of the Court that rendered the conviction, and, in accordance with Section 60.35(5) I am
       hereby notifying you that the defendant has failed to pay the mandatory surcharge as of this date.
_____  Mandatory Surcharge has been waived by the Court.

IT IS FURTHER ORDERED, that the said defendant be and is hereby committed to the custody of the

__X__  State Department of Correction, and shall be delivered to the    DOWNSTATE    Correctional
       Facility at    FISHKILL,    New York,
_____  Sheriff of Suffolk County, and shall be delivered to the Suffolk County Correctional Facility,
there to be dealt with in accordance with the laws pertaining to his/her sentence.

REMARKS: _____
_____
_____
_____
_____
_____

The defendant was advised of his/her right to appeal within thirty days.

A TRUE EXTRACT FROM THE MINUTES

        RA

_____Edward P Romaine_____
Signature
CLERK

14-143 5/88ps