<u>German Milla-Rodriguez</u>
(Petitioner)

<u>United States of America</u>
(Respondent(s))

**DECLARATION SUPPORT
OF REQUEST TO PROCEED
IN FORMA PAUPERIS**

I, <u>German Milla-Rodriguez</u> declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give any security therefore; that I believe I am entitled to relief.

United States District Court
Southern District of Texas
FILED

JAN 1 2 2004

Michael N. Milby
Clerk of Court

1. Are you presently employed?   ☐ Yes   ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, give the name and address of your employer.

   _____

   b. If the answer is no, state the date of last employment and the amount of salary and wages per month which you received.

   _____

2. Have you received, within the last twelve months, any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession, or form of self employment? | ☐ Yes | ☒ No |
   | b. | Rent payment, interest or dividends? | ☐ Yes | ☒ No |
   | c. | Pension, annuities or life insurance payments? | ☐ Yes | ☒ No |
   | d. | Gifts or inheritances? | ☐ Yes | ☒ No |
   | e. | Any other sources? | ☐ Yes | ☒ No |

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   _____

3. Do you own any cash, or do you have any money in checking or savings accounts? (Include any money in prison accounts)

   If the answer is yes, state the total value of the items owned.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings)?   ☐ Yes   ☒ No

   If the answer is yes, state the total value of the items owned.

   _____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

```
0¢                    ACCOUNT
0¢                    STATEMENT
FCC BMT - LIMITED OFFICIAL USE          DATE 12/27/03
BEAUMONT, TX                            PAGE No.01
```

Account # 02488265

MILLA-RODRIGUEZ GERMAN
Q

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 6.48 | .00 | .00 | .00 | 6.48 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| SEP03P | 9:44 | 10-02-03 | PERFORMANCE PAY | 10.56 | 17.04 |
| 000035 | 11:42 | 10-09-03 | SALE / REGULAR | 16.40- | .64 |
| OCT03P | 8:13 | 11-04-03 | PERFORMANCE PAY | 11.52 | 12.16 |
| OCT03P | 8:13 | 11-04-03 | PERFORMANCE PAY | 13.20 | 25.36 |
| 46D8CC | 17:18 | 11-04-03 | DEPOSIT ITS FUNDS | 2.00- | 23.36 |
| 000054 | 12:09 | 11-06-03 | SALE / REGULAR | 9.00- | 14.36 |
| PF0963 | 8:47 | 11-07-03 | COMMISSARY FORM | 14.00- | .36 |
| NOV03P | 7:10 | 12-02-03 | PERFORMANCE PAY | 12.00 | 12.36 |
| 000044 | 11:44 | 12-04-03 | SALE / REGULAR | 9.85- | 2.51 |
| | | | **** TRANSACTION TOTAL **** | 3.97- | |

| -----ENDING-----AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---:|---:|---:|---:|---:|
| 2.51 | .00 | .00 | .00 | 2.51 |

Case 1:03-mc-00024    Document 2    Filed in TXSD on 01/12/2004    Page 3 of 3

| -----ENDING-----AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---:|---:|---:|---:|---:|
| 2.51 | .00 | .00 | .00 | 2.51 |